# United States District Court
# For The Western District of North Carolina
# Statesville Division

ELLEN POPE,

        Plaintiff(s),                             JUDGMENT IN A CIVIL CASE

vs.                                                   CASE NO. 5:12CV26

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 6, 2012, Order.

                                              Signed: December 6, 2012

                                              Frank G. Johns, Clerk
                                              United States District Court